SIDNEY J. ADLER, Respondent, *v.* MARK ARON, Appellant.

*Adler v. Aron,* 72 App. Div. 619, affirmed.
(Argued March 31, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

May 22, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*J. Bradley Tanner* and *George P. Fall* for appellant.

*Leon Kronfeld* and *I. Henry Harris* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J.; GRAY, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Absent: HAIGHT, J.